AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| **Lizette MUNOZ (20)** | ) | L-20-MJ-_____ |
| **Laredo, Texas USA** | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 21, 2020__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | knowingly and in reckless disregard of the fact that an alien has come to, entered, or remained in the United States in violation of law, did transport and move, attempt to transport and move, and conspire to transport and move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law |

This criminal complaint is based on these facts:

On or about March 21, 2020, at approximately 5:57 pm, defendant, Lizette Munoz a United States Citizen, applied for admission into the U.S. at the Gateway to the Americas Port of Entry in Laredo, TX as a pedestrian & was accompanied by one female minor whom she claimed was her sister to CBP Officer Sang Huynh. Defendant presented a City of Laredo birth certificate bearing the name of A.H. on behalf of the minor traveling with her. Defendant stated to the primary officer that she was visiting her husband in Nuevo Laredo, Tamaulipas and that she and her sister were now headed home in Laredo, Texas. Defendant and the minor accompanying her were referred to secondary for a further status check. At secondary inspection the defendant revealed that the minor accompanying her was not her sister and not a United States Citizen. Defendant admitted that she attempted to smuggle the minor into the U.S. as her sister by using her true sister's document. Defendant further admitted that she was paid $800 Mexican pesos & was further going to get financially compensated upon delivery of the minor. The female minor was identified as Y.E.R.M. (12 years old) & being a citizen & national of Mexico. Facts are based on the defendant's sworn statement and records of Customs and Border Protection.

☐ Continued on the attached sheet.

/s/ Liza l. Farias
*Complainant's signature*

Liza L. Farias, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 23, 2020__

*Judge's signature*

City and state: __Laredo, Texas__      Sam Sheldon      ,U.S. Magistrate Judge
*Printed name and title*